```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
HENRIETTA MELTZER, et al.,

                Plaintiffs,
                                        ORDER ADOPTING REPORT &
                                        RECOMMENDATION
        -against-                       03-CV-5521(JS)(WDW)

ROYAL ACCEPTANCE COPR., et al.,

                Defendants.
----------------------------------------X
APPEARANCES:

For Plaintiffs:         Mitchell S. Sundel, Esq.
(other than             225 Broadway, Suite 307
Harvey Bayard)          New York, NY 10007

For Harvey Bayard:      Glenn Backer, Esq.
                        292 Madison Avenue, 22nd Floor
                        New York, NY 10017

For Defendants:         No Appearance
```

SEYBERT, District Judge:

Upon review of the Report and Recommendation ("Report") of Magistrate Judge William D. Wall issued January 16, 2008, to which no party has objected, the Court hereby ADOPTS the Report in its entirety.

Pursuant to Rule 72 of the Federal Rules of Civil Procedure any objections to the Report were to be filed with the Clerk of the Court within ten days of service of the Report. The time for filing objections has expired and no Party has objected. Accordingly, all objections are hereby deemed to have been waived.

The Court ADOPTS the Report in its entirety and ORDERS that no damages be awarded. The Clerk of the Court is directed to mark this matter CLOSED.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
April  8 , 2008